IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAINA MARIE GARCIA,<br><br>Defendant. | CR 24-25-BU-DLC<br><br>ORDER |

United States District Judge Dana L. Christensen referred this case to the undersigned to conduct a change of plea hearing.

Therefore, IT IS ORDERED that Defendant's change of plea hearing is set for December 17, 2025, at 1:30 p.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

DATED this 25th day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1